AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

United States of America
v.
RICHARD PRICE, JR.

Case No: 1:13CR00031-001
USM No: 58675-060

Date of Original Judgment: 08/26/2013
Date of Previous Amended Judgment: 07/20/2015
*(Use Date of Last Amended Judgment if Any)*

Claire Curtis
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70 months on Cts. 1 & 12  months **is reduced to**  57 months on Cts. 1 & 12  .

*(Complete Parts I and II of Page 2 when motion is granted)*

THE COURT NOTES THAT PURSUANT TO U.S.S.G. SECTION 1B1.10(e)(1), ANY ORDER PURSUANT TO AMENDMENT 782 REDUCING A SENTENCE MAY NOT RELEASE A DEFENDANT EARLIER THAN **NOVEMBER 1, 2015.**

Except as otherwise provided, all provisions of the judgment dated  7/20/2015  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/10/2015

s/ James S. Gwin
*Judge's signature*

Effective Date:
*(if different from order date)*

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE
*Printed name and title*